## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Steven Keith                         CHAPTER 13
           Andrea  Darlene  Keith aka

Andrea D. Keith aka Andrea Keith          BKY. NO. 26-12567 pmm
                Debtor(s)

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

                               Respectfully submitted,

/s/ *Maggie Soboleski*

Maggie Soboleski
22 Jun 2026, 12:44:33, EDT

         KML Law Group, P.C.
         701 Market Street, Suite 5000
         Philadelphia, PA 19106-1532
         (215) 627-1322