**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Steven Keith** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Andrea Darlene Keith** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known) | **26-12567** |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

**4/25**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:    Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2711 Jones Boulevard Palmer Twp., PA 18045  Northampton County 3 BR, 1 bath home, Lots 393, 394, 395 & 396, Jones Terrace, Palmer Twp., PA.**<br>**Zillow value shown; PA State Exemptions used.**<br>**ENTIRETIES PROPERTY.**<br>Line from *Schedule A/B*: **1.1** | $121,800.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(b)(3)(B)** |
| **2017 Audi Q7 178,000 miles in Debtors' possession; good condition.**<br>**ENTIRETIES PROPERTY.**<br>Line from *Schedule A/B*: **3.1** | $2,950.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(b)(3)(B)** |
| **2019 Audi A8L 78,000 miles in Debtors' possession; good condition.**<br>**REPOSSESSION SCHEDULED FOR 06/17/2026.**<br>**ENTIRETIES PROPERTY.**<br>Line from *Schedule A/B*: **3.2** | $20,890.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(b)(3)(B)** |

| Debtor 1 | **Steven Keith** | | | |
| Debtor 2 | **Andrea Darlene Keith** | | Case number (if known) | **26-12567** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **Kitchenware & small appliances; table & chairs; refrigerator; dishwasher; microwave; stove/oven; washer & dryer; coffee maker; toaster; dining room furniture; living room furniture; beds; dressers; nightstands; lamps; desk & chair; misc. household goods &**<br>Line from *Schedule A/B*: **6.1** | $3,700.00 | ■ | $3,700.00 | **11 USC § 522(b)(3)(B)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Televisions; 1 computer; 2 cell phones in Debtors' possession.  Held for Debtors' personal use, no single item of which exceeds $700 in value. ENTIRETIES PROPERTY.**<br>Line from *Schedule A/B*: **7.1** | $700.00 | ■ | $700.00 | **11 USC § 522(b)(3)(B)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Books and pictures.  ENTIRETIES PROPERTY.**<br>Line from *Schedule A/B*: **8.1** | $100.00 | ■ | $100.00 | **11 USC § 522(b)(3)(B)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **1 bicycle; misc. balls.  ENTIRETIES PROPERTY.**<br>Line from *Schedule A/B*: **9.1** | $30.00 | ■ | $30.00 | **11 USC § 522(b)(3)(B)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **2 pistols and ammunition. ENTIRETIES PROPERTY.**<br>Line from *Schedule A/B*: **10.1** | $900.00 | ■ | $900.00 | **11 USC § 522(b)(3)(B)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Clothing.  ENTIRETIES PROPERTY.**<br>Line from *Schedule A/B*: **11.1** | $800.00 | ■ | $800.00 | **42 Pa.C.S. § 8124(a)(1)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Watches; 2 wedding bands; necklaces; earrings; misc. gold & costume jewelry.  ENTIRETIES PROPERTY.**<br>Line from *Schedule A/B*: **12.1** | $1,200.00 | ■ | $1,200.00 | **11 USC § 522(b)(3)(B)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **1 dog.  ENTIRETIES PROPERTY.**<br>Line from *Schedule A/B*: **13.1** | $1.00 | ■ | $1.00 | **11 USC § 522(b)(3)(B)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Cash in Debtor's possession. ENTIRETIES PROPERTY.**<br>Line from *Schedule A/B*: **16.1** | $50.00 | ■ | $50.00 | **11 USC § 522(b)(3)(B)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

| Debtor 1 | **Steven Keith** | | | |
| Debtor 2 | **Andrea Darlene Keith** | | Case number (if known) | **26-12567** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **Checking - Acct. #5317: PNC Bank with Zelle privileges<br>Freemansburg Avenue<br>Easton, PA<br>ENTIRETIES PROPERTY.**<br>Line from *Schedule A/B*: **17.1** | **$5.22** | ■ | **$5.22**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(b)(3)(B)** |
| **Savings - Acct. #2153: PNC Bank<br>Freemansburg Avenue<br>Easton, PA<br>ZERO BALANCE<br>ENTIRETIES PROPERTY.**<br>Line from *Schedule A/B*: **17.2** | **$1.00** | ■ | **$1.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(b)(3)(B)** |
| **Checking - Acct. #3509: Service FCU<br>Manchester, NH**<br>Line from *Schedule A/B*: **17.3** | **$478.60** | ■ | **$478.60**<br>☐ 100% of fair market value, up to any applicable statutory limit | **42 Pa.C.S. § 8123(a)** |
| **Savings - Acct. #3500: Service FCU<br>Manchester, NH**<br>Line from *Schedule A/B*: **17.4** | **$5.02** | ■ | **$5.02**<br>☐ 100% of fair market value, up to any applicable statutory limit | **42 Pa.C.S. § 8123(a)** |
| **Checking - Acct. #8827: First Commonwealth<br>Online Account<br>ENTIRETIES PROPERTY.**<br>Line from *Schedule A/B*: **17.5** | **$286.41** | ■ | **$286.41**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(b)(3)(B)** |
| **Savings - Acct. #8827: First Commonwealth<br>Internet Account<br>ENTIRETIRES PROPERTY**<br>Line from *Schedule A/B*: **17.6** | **$5.00** | ■ | **$5.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(b)(3)(B)** |
| **Reservedchic, LLC<br>Inventory $3,850.<br>Business Bank Account - Fulton Bank Acct. #0220 - $7.00.<br>ENTIRETIES PROPERTY.<br>100 % ownership**<br>Line from *Schedule A/B*: **19.1** | **$3,857.00** | ■ | **$3,857.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(b)(3)(B)** |
| **401(k): Employer-sponsored 401(k) Plan - Swim USA - Edward Jones<br>NOT PROPERTY OF THE ESTATE.**<br>Line from *Schedule A/B*: **21.1** | **$1.00** | ■ | **$1.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **42 PA C.S. § 8124(b)(1)(ix)** |
| **IRA: Roth IRA - Edward Jones<br>Balance: $5,276.63<br>NOT PROPERTY OF THE ESTATE.**<br>Line from *Schedule A/B*: **21.2** | **$1.00** | ■ | **$1.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **42 PA C.S. § 8124(b)(1)(ix)** |

| Debtor 1 | **Steven Keith** | | |
|---|---|---|---|
| Debtor 2 | **Andrea Darlene Keith** | Case number (if known) | **26-12567** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own <br><br> Copy the value from *Schedule A/B* | Amount of the exemption you claim <br><br> *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Federal: Anticipated 2026 Tax Refund** <br> Line from *Schedule A/B*: **28.1** | $2,740.00 | ■ $116.38 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **42 Pa.C.S. § 8123(a)** |
| **Employer-sponsored term life insurance policy.** <br> **Beneficiary: Debtor's Husband** <br> Line from *Schedule A/B*: **31.1** | $1.00 | ■ $1.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **42 Pa.C.S. § 8124(c)(6)** |
| **Term Life Insurance Policy - National Life Group** <br> **NO CASH VALUE.** <br> **Beneficiary: Debtor's Husband** <br> Line from *Schedule A/B*: **31.2** | $1.00 | ■ $1.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **42 Pa.C.S. § 8124(c)(6)** |
| **Term Life Insurance Policy - TransAmerica** <br> **NO CASH VALUE.** <br> **Beneficiary: Kyle Keith** <br> Line from *Schedule A/B*: **31.3** | $1.00 | ■ $1.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **42 Pa.C.S. § 8124(c)(6)** |
| **Whole Life Insurance Policy - Colonial Penn Policy #505B** <br> **Beneficiary: Debtor's Wife** <br> Line from *Schedule A/B*: **31.4** | $177.29 | ■ $177.29 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **42 Pa.C.S. § 8124(c)(4)** |
| **Term Life Insurance Policy - TransAmerica** <br> **NO CASH VALUE.** <br> **Beneficiary: Debtor's Husband** <br> Line from *Schedule A/B*: **31.5** | $1.00 | ■ $1.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **42 Pa.C.S. § 8124(c)(6)** |
| **Whole Life Insurance Policy - Gerber Insurance Co. Policy #2779** <br> **Beneficiary: Debtor's Wife** <br> Line from *Schedule A/B*: **31.6** | $100.61 | ■ $100.61 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **42 Pa.C.S. § 8124(c)(4)** |
| **Whole Life Insurance Policy - TruStage Insurance Co. Policy #3076** <br> **Beneficiary: Debtor's Wife** <br> Line from *Schedule A/B*: **31.7** | $1,437.13 | ■ $1,437.13 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **42 Pa.C.S. § 8124(c)(4)** |
| **Whole Life Insurance Policy - Gerber Insurance Co. Policy #4170** <br> **ZERO CASH SURRENDER VALUE** <br> **Beneficiary: Debtor's Wife** <br> Line from *Schedule A/B*: **31.8** | $1.00 | ■ $1.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **42 Pa.C.S. § 8124(c)(4)** |
| **Whole Life Insurance Policy - Mutual of Omaha Policy #8503** <br> **Beneficiary: Debtor's Wife** <br> Line from *Schedule A/B*: **31.9** | $131.45 | ■ $131.45 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **42 Pa.C.S. § 8124(c)(4)** |

| Debtor 1 | **Steven Keith** | | | | |
|---|---|---|---|---|---|
| Debtor 2 | **Andrea Darlene Keith** | | | Case number (if known) | **26-12567** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **Whole Life Insurance Policy - Mutual of Omaha Policy #8904 Beneficiary: Debtor's Wife** <br> Line from *Schedule A/B*: **31.10** | $414.78 | ■ | $414.78 | **42 Pa.C.S. § 8124(c)(4)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Whole Life Insurance Policy - Gerber Insurance Co. Policy #9557 Beneficiary: Debtor's Wife** <br> Line from *Schedule A/B*: **31.11** | $533.73 | ■ | $533.73 | **42 Pa.C.S. § 8124(c)(4)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Whole Life Insurance Policy - AIG Whole Life Insurance Co. Policy #2590 Beneficiary: Debtor's Wife** <br> Line from *Schedule A/B*: **31.12** | $920.00 | ■ | $920.00 | **42 Pa.C.S. § 8124(c)(4)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Whole Life Insurance Policy - TruStage Insurance Co. Policy #7743 Beneficiary: Debtor's Husband** <br> Line from *Schedule A/B*: **31.13** | $281.63 | ■ | $281.63 | **42 Pa.C.S. § 8124(c)(4)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Debtor #1's monthly Social Security Benefits of $1,227.00** <br> Line from *Schedule A/B*: **53.1** | $1.00 | ■ | $1.00 | **42 U.S.C. § 407** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $214,000?**
   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■  No

   ☐  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☐  No

   ☐  Yes