**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Steven Keith** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Andrea Darlene Keith** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number    **26-12567**
(if known)

☐ Check if this is an amended filing

## Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:     List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.  If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |
| **2.1** **Drivetime-Bridgecrest** Creditor's Name | Describe the property that secures the claim: | $22,085.00 | $20,890.00 | $1,195.00 |

**2019 Audi A8L 78,000 miles in Debtors' possession; good condition. REPOSSESSION SCHEDULED FOR 06/17/2026. ENTIRETIES PROPERTY.**

**7300 E Hampton Ave
Suite 101
Mesa, AZ 85209**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Automobile Loan**

Date debt was incurred    **November 18, 2025**        Last 4 digits of account number    **5601**

| Debtor 1 | Steven Keith | | | Case number (if known) | **26-12567** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Andrea Darlene Keith** | | | | |
| | First Name | Middle Name | Last Name | | |

---

**2.2  Lakeview Loan Servicing**
Creditor's Name

**Describe the property that secures the claim:**      **$237,604.89**      **$121,800.00**      **$115,804.89**

> **2711 Jones Boulevard Palmer Twp., PA 18045  Northampton County**
> **3 BR, 1 bath home, Lots 393, 394, 395 & 396, Jones Terrace, Palmer Twp., PA.**
> **Zillow value shown; PA State Exemptions used.**
> **ENTIRETIES PROPERTY.**

**PO Box 818060**
**Cleveland, OH 44181**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)     **First Mortgage**

Date debt was incurred   **Februrary 28, 2022**      Last 4 digits of account number   **9945**

---

**2.3  OneMain Financial**
Creditor's Name

**Describe the property that secures the claim:**      **$14,845.60**      **$2,950.00**      **$11,895.60**

> **2017 Audi Q7 178,000 miles in Debtors' possession; good condition.**
> **ENTIRETIES PROPERTY.**

**P.O. Box 3251**
**Evansville, IN 47731-3251**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)     **Automobile Loan**

Date debt was incurred   **March 13, 2023**      Last 4 digits of account number   **2608**

---

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | **$274,535.49** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$274,535.49** |

**Part 2:  List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Debtor 1   **Steven Keith**

First Name          Middle Name          Last Name

Debtor 2   **Andrea Darlene Keith**

First Name          Middle Name          Last Name

Case number (if known)   **26-12567**

[ ]   Name, Number, Street, City, State & Zip Code

**Loancare**
**PO Box 37628**
**Philadelphia, PA 19101-0628**

On which line in Part 1 did you enter the creditor?   **2.2**

Last 4 digits of account number   **9945**