UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | CHAPTER 13 |
| STEVEN KEITH, | : | |
| and ANDREA DARLENE KEITH, | : | CASE NO.: 26-_____ |
| a/k/a ANDREA D. KEITH, | : | |
| a/k/a ANDREA KEITH, | : | |
| Debtors. | : | |

Declaration Concerning Unfiled Tax Returns

I, STEVEN KEITH, hereby declare that I have not filed all tax returns required to be filed with Federal, State or Local taxing authorities for all taxable periods ending during the four (4) year period ending on the date of the filing, as required by § 1308, because I am not required to file such tax returns.

I declare under penalty of perjury that the foregoing is true and correct.


Date:  June 22, 2026                         /s/ Steven Keith_____
                                             STEVEN KEITH, Debtor