Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Steven Keith
PO Box 4664
Easton, PA 18043-4664

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2025 to 07/31/2026
**Chapter 13 Case No. 26-12567-PMM**

Petition Filed Date: 06/16/2026
341 Hearing Date: 07/28/2026
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/22/2026 | $658.00 | 55167366821 | | | | | | |

**Total Receipts for the Period: $658.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $658.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | VINCENT RUBINO ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | ALLY FINANCIAL INC aka ALLY BANK<br>»» 001 | Unsecured Creditors | $7,102.39 | $0.00 | $0.00 |
| 2 | CARVANA, LLC/BRIDGECREST<br>»» 002 | Secured Creditors | $1,091.00 | $0.00 | $0.00 |
| 3 | CAPITAL ONE BANK (USA) NA<br>»» 003 | Unsecured Creditors | $2,438.98 | $0.00 | $0.00 |
| 4 | CAPITAL ONE BANK (USA) NA<br>»» 004 | Unsecured Creditors | $1,701.57 | $0.00 | $0.00 |
| 5 | CAPITAL ONE BANK (USA) NA<br>»» 005 | Unsecured Creditors | $4,741.04 | $0.00 | $0.00 |
| 6 | UNITED STATES TREASURY (IRS)<br>»» 06P | Priority Crediors | $939.80 | $0.00 | $0.00 |
| 7 | UNITED STATES TREASURY (IRS)<br>»» 06U | Unsecured Creditors | $437.39 | $0.00 | $0.00 |
| 8 | COASTAL COMMUNITY BANK<br>»» 007 | Unsecured Creditors | $1,505.70 | $0.00 | $0.00 |
| 9 | QUANTUM3 GROUP LLC<br>»» 008 | Unsecured Creditors | $2,178.28 | $0.00 | $0.00 |
| 10 | NEW JERSEY TURNPIKE AUTHORITY<br>»» 009 | Unsecured Creditors | $10,238.10 | $0.00 | $0.00 |
| 11 | FORD MOTOR CREDIT COMPANY, LLC<br>»» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | MERRICK BANK<br>»» 011 | Unsecured Creditors | $1,254.94 | $0.00 | $0.00 |
| 13 | LVNV FUNDING LLC<br>»» 012 | Unsecured Creditors | $1,132.81 | $0.00 | $0.00 |

**Chapter 13 Case No. 26-12567-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 14 | LVNV FUNDING LLC<br>»» 013 | Unsecured Creditors | $1,155.17 | $0.00 | $0.00 |
| 15 | LVNV FUNDING LLC<br>»» 014 | Unsecured Creditors | $1,902.96 | $0.00 | $0.00 |
| 16 | MERRICK BANK<br>»» 015 | Unsecured Creditors | $1,238.88 | $0.00 | $0.00 |
| 17 | LVNV FUNDING LLC<br>»» 016 | Unsecured Creditors | $747.86 | $0.00 | $0.00 |
| 18 | LVNV FUNDING LLC<br>»» 017 | Unsecured Creditors | $605.33 | $0.00 | $0.00 |
| 19 | LVNV FUNDING LLC<br>»» 018 | Unsecured Creditors | $371.81 | $0.00 | $0.00 |
| 20 | ONEMAIN FINANCIAL GROUP LLC<br>»» 019 | Unsecured Creditors | $13,004.84 | $0.00 | $0.00 |
| 21 | QUANTUM3 GROUP LLC<br>»» 020 | Unsecured Creditors | $2,107.22 | $0.00 | $0.00 |
| 22 | PA DEPARTMENT OF REVENUE<br>»» 21P | Priority Crediors | $939.36 | $0.00 | $0.00 |
| 23 | PA DEPARTMENT OF REVENUE<br>»» 21U | Unsecured Creditors | $107.44 | $0.00 | $0.00 |
| 24 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 022 | Unsecured Creditors | $1,225.86 | $0.00 | $0.00 |
| 25 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 023 | Unsecured Creditors | $1,210.62 | $0.00 | $0.00 |
| 26 | INDEPENDENCE CAPITAL RECOVERY LLC<br>»» 024 | Unsecured Creditors | $13,308.39 | $0.00 | $0.00 |
| 27 | MIDLAND CREDIT MANAGEMENT INC<br>»» 025 | Unsecured Creditors | $1,233.38 | $0.00 | $0.00 |
| 28 | MIDLAND CREDIT MANAGEMENT INC<br>»» 026 | Unsecured Creditors | $632.03 | $0.00 | $0.00 |
| 29 | MIDLAND CREDIT MANAGEMENT INC<br>»» 027 | Unsecured Creditors | $1,034.40 | $0.00 | $0.00 |
| 30 | MIDLAND CREDIT MANAGEMENT INC<br>»» 028 | Unsecured Creditors | $721.97 | $0.00 | $0.00 |
| 31 | ONEMAIN FINANCIAL GROUP LLC<br>»» 029 | Unsecured Creditors | $1,450.42 | $0.00 | $0.00 |
| 32 | LVNV FUNDING LLC<br>»» 030 | Unsecured Creditors | $18.86 | $0.00 | $0.00 |
| 33 | AIDVANTAGE on behalf of DEPT OF ED<br>»» 031 | Unsecured Creditors | $115,512.64 | $0.00 | $0.00 |
| 34 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 032 | Unsecured Creditors | $1,689.89 | $0.00 | $0.00 |
| 35 | LEHIGH VALLEY HEALTH NETWORK<br>»» 033 | Unsecured Creditors | $35,983.97 | $0.00 | $0.00 |
| 36 | LOANCARE SERVICING CENTER<br>»» 034 | Mortgage Arrears | $6,105.91 | $0.00 | $0.00 |

**Chapter 13 Case No. 26-12567-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $658.00 | Current Monthly Payment: | $658.00 |
| Paid to Claims: | $0.00 | Arrearages: | $658.00 |
| Paid to Trustee: | $50.67 | Total Plan Base: | $39,480.00 |
| Funds on Hand: | $607.33 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.