IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: STEVEN KEITH, and<br>ANDREA DARLENE KEITH<br>a/k/a ANDREA D. KEITH<br>a/k/a ANDREA KEITH<br><br>Debtors, | Chapter 13<br>Case No. 26-12567-PMM |
| BRIDGECREST CREDIT<br>COMPANY LLC, AS SERVICER FOR<br>CARVANA LLC<br><br>Movant,<br>vs. | |
| STEVEN KEITH, and<br>ANDREA DARLENE KEITH<br>a/k/a ANDREA D. KEITH<br>a/k/a ANDREA KEITH,<br>SCOTT F. WATERMAN,<br><br>Respondents, | Answer to Motion for Relief |

**ANSWER TO MOTION FOR RELIEF
ON BEHALF OF DEBTOR**

AND NOW comes the Debtors, Steven Keith and Andrea Darlene Keith, by and through their attorneys, Newman Williams, P.C., and answers the Motion for Relief from Automatic Stay by Bridgecrest Credit Company, LLC, as Servicer for Carvana, LLC, as follows:

1. Admitted upon information and belief.
2. Admitted.
3. Admitted upon information and belief.

4. Denied. This is a legal conclusion to which no response is required. If the Court determines there to be a factual averment requiring response, it is specifically denied.
5. Denied. After reasonable investigation, Debtor is without knowledge sufficient to form a belief as to the truth of these averments and therefore the averments are denied.
6. Denied. This is a legal conclusion to which no response is required. If the Court determines there to be a factual averment requiring response, it is specifically denied.
    - **a.** Denied. After reasonable investigation, Debtor is without knowledge sufficient to form a belief as to the truth of these averments and therefore the averments are denied.
    - **b.** Denied. After reasonable investigation, Debtor is without knowledge sufficient to form a belief as to the truth of these averments and therefore the averments are denied
    - **c.** Denied. After reasonable investigation, Debtor is without knowledge sufficient to form a belief as to the truth of these averments and therefore the averments are denied
    - **d.** Denied. This is a legal conclusion to which no response is required. If the Court determines there to be a factual averment requiring response, it is specifically denied.
7. Denied. After reasonable investigation, Debtor is without knowledge sufficient to form a belief as to the truth of these averments and therefore the averments are

denied.

8. Denied. After reasonable investigation, Debtor is without knowledge sufficient to form a belief as to the truth of these averments and therefore the averments are denied.
9. Denied. This is a legal conclusion to which no response is required. If the Court determines there to be a factual averment requiring response, it is specifically denied.
10. Denied. This is a legal conclusion to which no response is required. If the Court determines there to be a factual averment requiring response, it is specifically denied.
11. Denied. This is a legal conclusion to which no response is required. If the Court determines there to be a factual averment requiring response, it is specifically denied.

**WHEREFORE,** Debtor respectfully requests an Order of this Court denying the Motion of Bridgecrest Credit Company, LLC, as Servicer for Carvana, LLC for Relief from the Automatic Stay.

Respectfully Submitted,

**NEWMAN WILLIAMS, P.C.**

By: /s/ Robert Kidwell, Esq.
Robert Kidwell, Esq.
712 Monroe Street
Stroudsburg, PA 18360
P: 570-421-9090
F: 570-424-9739
rkidwell@newmanwilliams.com
*Attorney for Debtor*

Date: September 15, 2026